UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:22-CV-376(FL)

| | |
|---|---|
| UNITES STATES OF AMERICA, <br> Plaintiff, <br><br> V. <br><br> FLOYD ROBERT STRADER, JR., <br> Defendant. | ) <br> ) <br> ) <br> ) ENTRY OF DEFAULT <br> ) FED. R. CIV. P. 55 <br> ) <br> ) |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendant having failed to appear, plead, or otherwise defend this action, default is hereby entered against said defendant pursuant to and Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55.1.

This the 9 day of January, ~~2022~~. 2023.

_____
PETER A. MOORE, JR.
Clerk, United States District Court