IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-376-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FLOYED ROBERT STRADER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion for default judgment. Upon motion, request, and proper showing by plaintiff, defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendant.

In accordance with Fed. R. Civ. P. 55(a)-(b), counsel for plaintiff having requested judgment and having filed a proper affidavit, judgment is rendered in favor of plaintiff and against defendant for the principal sum of $29,941.51 and interest accruing at the rate of 4.00 percent per annum since August 23, 2022, in the amount of $738.28. In accordance with 28 U.S.C. § 1961(a), interest thereon after date of entry of this judgment shall be at the rate of 4.46 percent per annum.

SO ORDERED, this the 5th day of April, 2023.

LOUISE W. FLANAGAN
United States District Judge