UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | **DEFAULT JUDGMENT** |
| v. | ) | |
| | ) | No. 5:22-cv-376-FL |
| FLOYD ROBERT STRADER, JR., | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2023, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. Judgment is rendered in favor of plaintiff and against defendant for the principal sum of $29,941.51 and interest accruing at the rate of 4.00 percent per annum since August 23, 2022, in the amount of $738.28. In accordance with 28 U.S.C. § 1961(a), interest thereon after date of entry of this judgment shall be at the rate of 4.46 percent per annum.

**This Judgment Filed and Entered on April 5, 2023, and Copies To:**
Benjamin J. Higgins (via CM/ECF Notice of Electronic Filing)

April 5, 2023                           PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk